UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Extreme Cold, LLC, | § | Docket No. 2:16-CV04120-JTM-JCW |
| Plaintiff, | § § § | |
| v. | § § | Judge Jane Triche Milazzo |
| Tripletail Coolers, LLC | § § | Magistrate Judge Joseph C. Wilkinson, Jr. |
| Defendant. | § § § | |

## CONSENT DECREE

Whereas, Plaintiff, Extreme Cold, LLC ("Extreme Cold"), filed suit in this Court alleging that Defendant, Tripletail Coolers, LLC ("Tripletail"), violated the Louisiana Unfair Trade Practices Act, La. R.S. 51:1401, *et seq*., and committed the tort of Unjust Enrichment;

Whereas, jurisdiction and venue are proper in this Court;

Whereas, Tripletail categorically DENIES violating any of Plaintiff's rights;

Whereas, the Parties acknowledge the risks, uncertainty, and costs associated with litigation; and

Whereas, in view of the foregoing, the Parties have settled their dispute and jointly requested this Court to enter judgment consistent with the following terms.

THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that

1. Tripletail Coolers, LLC is enjoined, effective on the date signed below, from selling or distributing any coolers, made from the same molds used to make the coolers illustrated in Exhibit A or Exhibit B to this ORDER.

2. The Court will retain jurisdiction to enforce the terms of this ORDER.

Otherwise, this matter is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys fees.

THUS DONE AND SIGNED on this  27th  day of  September , 2016.

_____
United States District Court Judge
Eastern District of Louisiana